IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 19-cv-01025-REB-KMT

DACQUI D. ARCHER, JR.,

    Plaintiff,

vs.

AKIMA, LLC, and
FIVE RIVERS SERVICES, LLC,

    Defendants.

## AMENDED ORDER APPROVING STIPULATION FOR ORDER FOR RELEASE OF CASH BOND[1]

**Blackburn, J.**

The matter before me is the parties' **Stipulation for Order for Release of Cash Bond** [#140],[2] filed June 21, 2022. Having review the stipulation, the record, and the apposite law I find that the stipulation is well taken and should be approved.[3]

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Stipulation for Order for Release of Cash Bond** [#140], filed June 21, 2022, is approved; and

2. That the clerk shall distribute the cash bond posted in this case in the amount of $192,694.22 posted on or about April 6, 2022, plus accrued interest, as follows:

---

[1] This order is amended to provide for the distribution of accrued interest.

[2] "[#140]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[3] The stipulation does not provide for the distribution of accrued interest. Given how nominal this amount will be, I will direct such interest be included in the payment to plaintiff.

  a. by check made payable to "Dacqui Archer" in the amount of $110,213.19, plus accrued interst, mailed to

    Robinson & Associates Law Office, LLC
    7900 E. Union Ave., Suite 1100
    Denver, CO. 80237;

  b. by check made payable to "Robinson & Associates Law Office, LLC" in the amount of $75,000.00, mailed to

    Robinson & Associates Law Office, LLC
    7900 E. Union Ave., Suite 1100
    Denver, CO. 80237; and

  c. by check made payable to "Akima, LLC" in the amount of $7,481.03, mailed to

    Akima, LLC
    ATTN: Christine Paul
    2553 Dulles View Dr., Ste. 700,
    Herndon, Virginia 20171.

Dated June 24, 2022, at Denver, Colorado.

            **BY THE COURT:**

            */s/ Bob Blackburn*
            Robert E. Blackburn
            United States District Judge